# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONDA WHITE, | Case No. CV 07-02624 JSL (FMO) |
| Petitioner, | **STIPULATED PROTECTIVE ORDER** |
| v. | |
| DAWN DAVISON, Warden, California Institution for Women, Corona, California, | |
| Respondent. | |

It is hereby stipulated by the parties to this action, through their attorneys of record, as follows:

1. The parties hereby agree and stipulate that the provisions of this protective order shall apply to all documents and information within the produced documents and other relevant information ordered disclosed by Magistrate Judge Fernando M. Olguin in his Order dated December 10, 2007.

2. All such documents and information referenced in paragraph No. 1 above which are produced in this action by Respondent's counsel shall be subject to this protective order.

3. The documents and information referenced in paragraph Nos. 1 and 2 above  may be disclosed only to the following persons:

   a. Counsel of record for Petitioner in this action;

    b. Attorney, paralegal, stenographic, clerical, and secretarial personnel employed by counsel of record for the Petitioner;

    c. Court personnel and stenographic reporters engaged in such proceedings as are incidental to the preparation of any hearings or proceedings in this action;

    d. Any outside expert or consultant retained by Petitioner's counsel for purposes of this action.

  4. Information regarding a specific inmate, former inmate, parolee or former parolee contained in any document shall not be disclosed to, or discussed with, any other inmate, former inmate, parolee or former parolee, unless a written waiver expressly authorizing such disclosure has been obtained from the specified inmate or parolee prior to disclosure and such disclosure is necessary to the preparation of this action. Such waiver from the inmate, former inmate, parolee or former parolee to whom the records pertain shall expressly authorize the disclosure of records from her parole hearing transcript.

  5. Each person to whom disclosure of the documents and information described in paragraph Nos. 1 and 2above is made shall, prior to the time of disclosure, be provided by the person furnishing such confidential material a copy of this order, and shall agree in writing that he or she has read this protective order and understand and agree to be bound by its provisions. Such persons must also consent to be subject to the jurisdiction of the United States District Court for the Central District of California with respect to any proceeding relating to enforcement of this order, including, without limitation, any proceeding for contempt. The person making the disclosure shall retain the original executed written agreement until termination of this litigation, or until otherwise ordered by the Court. A copy of each such agreement will be furnished to counsel for Respondent upon order of the Court.

1    6. At the conclusion of this action and any appeal, or upon other termination
2 of this litigation, all documents described in paragraph Nos. 1-2 above obtained by
3 counsel for Petitioner  and all copies of such material, in possession of counsel for
4 Petitioner shall, upon request by Respondent's counsel, be returned to counsel for
5 Respondent within thirty days.

6    7. All documents and information obtained by counsel for Petitioner shall
7 be used solely in connection with this litigation, or a related appellate proceeding,
8 and not for any other purpose, including any other litigation.

9    8. Attorneys for Petitioner and their legal assistants and consultants shall
10 not make copies of any of the documents provided to them except as necessary for
11 purposes of this litigation.  Counsel for Petitioner shall maintain a record of all
12 persons to whom he has afforded access to said documents.

13    9. Each person who has been afforded access to said documents and
14 information shall not disclose or discuss the documents or information with any
15 person except as is necessary to this case, and then only in accordance with
16 paragraph Nos. 3 and 4 of this order.

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

10. The provisions of this order shall remain in force and effect until further order of this Court.

**IT IS SO STIPULATED.**

Dated: January 15, 2008

**/s/ Michael R. Marrinan**
Attorney for Petitioner
E-mail: mrmarrinan@aol.com

Dated: January 15, 2008

**/s/ Lora Fox Martin**
Deputy Attorney General
Attorney for Respondent
E-mail: Lora.Martin@doj.ca.gov

## ORDER

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

Dated: 1/17/08

/s/
Fernando M. Olguin
United States Magistrate Judge