# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONDA WHITE, ) | |
|       Petitioner, ) | CV 07-2624 JSL (FMO) |
|   v. ) | |
|       ) | JUDGMENT |
| DAWN DAVISON, Warden, ) | |
|       Respondent. ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 28, 2011

*[signed] Spencer Letts*

J. Spencer Letts
United States District Judge